Richard R. Spirra (SBN: 106361)
rspirra@gordonrees.com
Paul A. Henreid (SBN: 214527)
phenreid@gordonrees.com
GORDON & REES LLP
101 W. Broadway, Suite 1600
San Diego, CA 92101
Telephone: (619) 696-6700
Facsimile: (619) 696-7124

Attorneys for Plaintiff
Jenny Craig Franchising, LLC

FILED
08 FEB 22 PM 4:32
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY:        CP        DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNY CRAIG FRANCHISING, LLC, a Delaware limited liability company, <br><br>　　　　　Plaintiff, <br><br>vs. <br><br>DMJ, INC., a Delaware corporation, <br><br>　　　　　Defendant. | Case No. 08 CV 0354 JM BLM <br><br> **PLAINTIFF'S NOTICE OF PARTY WITH FINANCIAL INTEREST** |

**Disclosure Statement**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Civil Rule 40.2, Plaintiff Jenny Craig Franchising, LLC submits the following disclosure with its complaint for breach of contract and injunctive relief:

///
///
///
///
///
///

ORIGINAL

-1-
PLAINTIFF'S NOTICE OF PARTY WITH FINANCIAL INTEREST

Jenny Craig Franchising, LLC is a limited liability company organized under the laws of the state of Delaware. Its sole member is Jenny Craig NA Franchising, Inc., a California corporation ("JCNA"). The sole shareholder of JCNA is Jenny Craig Weight Loss Centres, Inc.

Dated: February 22, 2008

GORDON & REES LLP

By: _____
Richard R. Spirra
Attorneys for Plaintiff
Jenny Craig Franchising, LLC