AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

**SOUTHERN** District of **CALIFORNIA**

FILED
2008 FEB 25 PM 1:11
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____knH_____ DEPUTY

JENNY CRAIG FRANCHISING, LLC,
a Delaware limited liability company,

V.

DMJ, INC., a Delaware corporation

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**'08 CV 0354 JM BLM**

TO: (Name and address of Defendant)

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Richard R. Spirra
Paul A. Henreid
Gordon & Rees LLP
101 W. Broadway, Suite 1600
San Diego, CA. 92101

(619) 696-6700

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

W. SAMUEL HAMRICK, JR.                                FEB 25 2008

CLERK                                                              DATE

K. HAM___

(By) DEPUTY CLERK

**ORIGINAL**

American LegalNet, Inc.
www.FormsWorkflow.com