AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

SOUTHERN District of CALIFORNIA

**FILED** MAR 21 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

JENNY CRAIG FRANCHISING, LLC,
a Delaware limited liability company,

SUMMONS IN A CIVIL ACTION

V.

DMJ, INC., a Delaware corporation

CASE NUMBER:

'08 CV 0354 JM BLM

TO: (Name and address of Defendant)
DMJ, INC.
c/o Jon P. Fusco
6006 Sweetbriar Cove
Memphis, TN 38120

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Richard R. Spirra
Paul A. Henreid
Gordon & Rees LLP
101 W. Broadway, Suite 1600
San Diego, CA. 92101

(619) 696-6700

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

W. SAMUEL HAMRICK, JR.

FEB 25 2008

CLERK                                                                 DATE

[signature]

(By) DEPUTY CLERK

**ORIGINAL**

American LegalNet, Inc.
www.FormsWorkflow.com

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 2/27/08 |
| NAME OF SERVER (PRINT) Jerry Blank | TITLE Process Server |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: 6006 Sweetbriar Cv. Memphis, TN 38120

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL 0.00 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  2/27/08
Date

Signature of Server

100 N. Main #3033 Memphis, TN 38103
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

ORIGINAL

American LegalNet, Inc.
www.FormsWorkflow.com