UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JON P. FUSCO, et al.,<br><br>        Plaintiffs,<br><br>v.<br><br>JENNY CRAIG, INC., et al.,<br><br>        Defendants. | Case No. 08cv0541-JM(BLM)<br><br>**ORDER FOLLOWING EARLY NEUTRAL EVALUATION CONFERENCE, SETTING CASE MANAGEMENT CONFERENCE** |
| JENNY CRAIG FRANCHISING, LLC,<br><br>        Plaintiff,<br><br>v.<br><br>DMJ, INC.,<br><br>        Defendant. | Case No. 08cv0354-JM(BLM)<br><br>**ORDER SETTING CASE MANAGEMENT CONFERENCE** |

///
///
///
///
///
///
///

On <u>April 29, 2008</u> at <u>2:30 p.m.</u> the Court held a telephonic, attorneys-only Early Neutral Evaluation Conference (ENE) in Case No. 08cv0541-JM (BLM). Counsel informed the Court that this case, as well as the case to which it recently was low-numbered - Case No. 08cv0354-JM (BLM), have settled and counsel anticipate filing joint motions for dismissal in each case within the next two weeks.[1]

In light of these settlements, the Court finds it appropriate to set a Case Management Conference for **May 29, 2008** at **1:45 p.m.** to monitor the parties' progress in finalizing the settlements and seeking dismissals. **Counsel of record shall appear telephonically at the conference.** The Court will initiate the conference call.

Parties are hereby warned that failure to comply with this Order may result in the imposition of sanctions.

**IT IS SO ORDERED.**

DATED: April 30, 2008

_____
BARBARA L. MAJOR
United States Magistrate Judge

COPY TO:

HONORABLE JEFFREY T. MILLER
UNITED STATES DISTRICT JUDGE

ALL COUNSEL AND PARTIES

---

[1] Counsel also represented that Case No. 08cv0610-W (AJB) was settled as part of the same negotiations. However, because that case is not before this Court, this order sets no dates in regard to Case No. 08cv0610-W (AJB).