1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

10

11 | JON P. FUSCO, et al.,              ) Case No. 08cv0541-JM(BLM)
                                        )
12 |              Plaintiffs,           ) **ORDER SETTING CASE MANAGEMENT**
                                        ) **CONFERENCE**
13 | v.                                 )
                                        )
14 | JENNY CRAIG, INC., et al.,         )
                                        )
15 |              Defendants.           )
   |_____)
16                                      )
   | JENNY CRAIG FRANCHISING, LLC,      ) Case No. 08cv0354-JM(BLM)
17                                      )
   |              Plaintiff,            ) **ORDER SETTING CASE MANAGEMENT**
18                                      ) **CONFERENCE**
   | v.                                 )
19                                      )
   | DMJ, INC.,                         )
20                                      )
   |              Defendant.            )
21 |_____)
                                        )
22 | JON P. FUSCO, et al.,              ) Case No. 08cv0610-JM(BLM)
                                        )
23 |              Plaintiffs,           ) **ORDER SETTING CASE MANAGEMENT**
                                        ) **CONFERENCE**
24 | v.                                 )
                                        )
25 | JENNY CRAIG, INC., et al.,         )
                                        )
26 |              Defendants.           )
   |_____)
27

28 | ///

1   On May 30, 2008, the Court held a telephonic, attorneys-only Case Management Conference in the above-referenced cases. Counsel represented that all three cases have settled, but that the parties have not sought dismissal yet because they are in the process of resolving various procedural issues. They anticipate filing joint motions for dismissal within the next thirty days.

In light of these representations, the Court finds it appropriate to set another Case Management Conference for **July 7, 2008** at **11:00 a.m.** in order to monitor the parties' progress in finalizing the settlements and seeking dismissals. **Counsel of record shall appear telephonically** at the conference. The Court will initiate the conference call.

Parties are hereby warned that failure to comply with this Order may result in the imposition of sanctions.

**IT IS SO ORDERED.**

DATED:   June 2, 2008

*Barbara L. Major*
BARBARA L. MAJOR
United States Magistrate Judge

COPY TO:

HONORABLE JEFFREY T. MILLER
UNITED STATES DISTRICT JUDGE

ALL COUNSEL AND PARTIES