

Richard R. Spirra (SBN: 106361)
rspirra@gordonrees.com
GORDON & REES LLP
101 W. Broadway, Suite 1600
San Diego, CA 92101
Telephone: (619) 696-6700
Facsimile: (619) 696-7124
Attorneys for Plaintiff
Jenny Craig Franchising LLC

Dick A. Semerdjian
Schwartz Semerdjian Haile et al LLP
Telephone: (619) 236-8821
101 W Broadway # 810
San Diego, CA 92101
Attorneys for Defendant DMJ, Inc.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNY CRAIG FRANCHISING LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>DMJ, INC., a Delaware corporation,<br><br>Defendant. | Civil Case No. 08 CV 0354 JM BLM<br><br>**JOINT MOTION OF ALL PARTIES TO DISMISS CASE** |

WHEREAS the parties to this action have entered into an agreement to resolve the disputes raised in this action, but not all of the terms and conditions of the settlement have been met;

IT IS HEREBY STIPULATED by all parties to this action, through their respective counsel, that, upon consent of the Court to this stipulation, this action

-1-

**JOINT MOTION TO DISMISS CASE**
**Civil Case No. 08 CV 0354 JM BLM**

1  shall be dismissed, without prejudice, with each party bearing its own costs and
2  attorneys' fees.

4  Dated: July 7, 2008                    GORDON & REES LLP

6  By: *s/ Richard R. Spirra*
   Richard R. Spirra,
7  Attorneys for Plaintiff
   Jenny Craig Franchising, LLC

10 Dated: July 7, 2008                    SCHWARTZ SEMERDJIAN HAILE
                                          BALLARD & CAULEY LLP

12 By: *s/ Dick A. Semerdjian*
   Dick A. Semerdjian
13 Attorneys for defendant DMJ, Inc.

18 It is so ordered.
19 Dated:
   _____
20 United States District Court Judge

-2-

JCFR/1050127/5703745v.1

**JOINT MOTION TO DISMISS CASE**
Civil Case No. 08 CV 0354 JM BLM