UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNY CRAIG FRANCHISING LLC, a Delaware limited liability company,<br><br>  Plaintiff,<br><br>v.<br><br>DMJ, INC., a Delaware corporation,<br><br>  Defendants. | Case No.08cv354 JM<br><br>ORDER GRANTING JOINT MOTION OF ALL PARTIES TO DISMISS CASE<br>[Docket No. 9] |

Upon the joint motion of the parties and for good cause shown, this action is hereby dismissed, without prejudice, with each party bearing its own costs and attorneys' fees.

IT IS SO ORDERED.

DATED: July 15, 2008

_____
Hon. Jeffrey T. Miller
United States District Judge